TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| AMY REYNOLDS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>YB LAS VEGAS LLC D/B/A/ YARDBIRD SOUTHERN TABLE & BAR. A FOREIGN CORPORATION,<br><br>Defendant. | CASE NO: 2:21-cv-01618-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTIONS [ECF NO. 12, 13, and 14]**<br><br>**(First Request)**<br><br>ECF No. 17 |

COMES NOW, Plaintiff AMY REYNOLDS (hereinafter "Plaintiff"), by and through her counsel, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and YB LAS VEGAS LLC, d/b/a YARDBIRD, SOUTHERN TABLE & BAR (hereinafter "Defendant"), by and through its counsel, Deverie J. Christensen, Esq., of the law firm of Jackson Lewis P.C. do hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion to Compel Arbitration [ECF #12], Motion to Dismiss [ECF #13], and Motion for Attorneys' Fees [ECF #14] due on November 12, 2021, to November 19, 2021 and the time for Defendant to Reply to Plaintiff's Responses to be adjusted accordingly.  This is the first stipulation for extension of time to file responses to Defendant's motions.  Defendant's motions were filed on October 29, 2021.

The reason for the request is that the deadline for these three (3) motions fell on November 12, 2021, the day after the Veterans Day holiday.  Plaintiff's counsel, a veteran, was out of the office

1

and his office was closed, from November 10, 2021, until November 15, 2021, to observe the Veterans Day holiday weekend and thus was unavailable to file responses to these three motions on November 12, 2021.  Plaintiff's counsel contacted Defendant's counsel and requested the extension for these reasons and Defendant's counsel agreed to the extension.

This request is revised pursuant to the Court's minute order [ECF#16] and is submitted pursuant to LR IA 6-1, 6-2, and LR II 7-1.  It is the parties' first request for an extension of time for Plaintiff to respond to Defendant's motions.

Accordingly, Plaintiff requests until November 19, 2021 to file responses to Defendant's motions.

Dated:  November 16, 2021

**HATFIELD & ASSOCIATES, LTD.**

*/s/ Trevor J. Hatfield*
By: _____
Trevor J. Hatfield, Esq.  (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
Tel.:  (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

Dated:  November 16, 2021

**JACKSON LEWIS P.C.**

*/s/ Hilary A. Williams*
By: _____
Deverie J. Christensen, Esq. (SBN 6596)
Hilary A. Williams, Esq. (SBN 14645)
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Tel.:  (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
Email:  hilary.williams@jacksonlewis.com
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 17, 2021
Nunc pro tunc to November 12, 2021